IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JIMMIE D. SCHARNHORST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08-4280-CV-C-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Now pending before the Court is Defendant's Motion to Reverse and Remand the above referenced action. For good cause shown, it is

ORDERED that the above referenced case is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g).

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: September 21, 2009