# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| JIMMIE D. SCHARNHORST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-4280-CV-C-GAF-SSA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Now pending before the Court is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. For good cause shown, and defendant having no objection, it is

ORDERED that Plaintiff is awarded attorney's fees and expenses in the total amount of $5,276.35, to be made payable to Plaintiff's counsel.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: December 17, 2009